UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY WHITEHURST, KRISTEN SCHIFFERDECKER, MARSHALL MAOR, CHAO WILLIAMS and WENDOLL JORDAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CIPRIANI USA, INC., CIPRIANI 200 LLC, CIPRIANI 42nd STREET, LLC, CIPRIANI 42nd STREET LESSEE, LLC, GC BALLROOM OPERATOR, LLC, CIPRIANI 5th AVENUE, LCC, EXQUISITE STAFFING, LCC, CBI PERSONNEL, INC., CTI STAFFING, INC. and GIUSEPPE CIPRIANI<br><br>Defendants. | Case No. 09 CV 10370<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br> |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall submit a copy of the fully executed Confidential Settlement Agreement and Release of all Claims to the Court for *in camera* review and that the Court shall endorse this Stipulation upon a finding that the Agreement is a fair and reasonable resolution to a *bona fide* dispute.

Dated: 11/23/10

_____
Justin M. Swartz (jms@outtengolden.com)
Molly A. Brooks (mbrooks@outtengolden.com)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
Attorneys for Plaintiffs

Dated: 12/15/10

_____
Craig R. Benson (cbenson@littler.com)
Sara D. Sheinkin (ssheinkin@littler.com)
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-2682
Attorneys for Defendants

**SO ORDERED.**

Dated: December 17, 2010

_____
United States District Judge